AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**SEAN MARCELLIS MASON**
**DOB:** x/xx/xx
**PDID:** xxx-xxx

**(Name and Address of Defendant)**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 3, 2008**, in the District of **COLUMBIA** defendant did, **(Track Statutory Language of Offense)**

**unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **OFFICER DEVINCI WOODEN**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER DEVINCI WOODEN**
**MPD-NARCOTICS SPECIAL INVESTIGATIONS DIVISION**

Sworn to before me and subscribed in my presence,

_____     at   **Washington, D.C.**
Date                                                                      City and State

_____         _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

**STATEMENT OF FACTS**

      On May 3, 2008, sworn officers of the Metropolitan Police Department ("MPD") executed a search warrant at 4005 Blaine Street, NE, Washington, D.C. A confidential source told officers that an individual by the name of "Sean" resided in and sold drugs from 4005 Blaine Street, NE, Washington, D.C. During the investigation, the source gave a physical description of "Sean" and said that he drove a Charger. On more than one occasion, MPD officers saw a Dodge Charger parked in front of the residence. After further investigation through criminal history databases, the officers determined that the Dodge Charger was registered to the defendant whose physical description was consistent with the description provided by the source. Upon arriving at the residence to execute the search warrant, the officers observed Defendant Sean Mason leaving the premises and was told by the officers that they had a search warrant for his residence. The defendant was stopped and the officers obtained the keys to enter the premises. The officers searched the defendant's bedroom - - which contained mail matter addressed to the defendant and various male clothing. Specifically, they found a pair of sweat pants in the closet. They recovered a plastic bag with 401 zips of crack in one pocket of the sweat pants and eight plastic wraps of crack in the other pocket. A gun box that contained a Ruger 9mm pistol and two magazines was recovered under a night stand in the bedroom. A digital scale, hundreds of empty ziplock bags, a plate with residue, and a razor blade were recovered from underneath the mattress in that bedroom. An additional 28 zips of crack were recovered from the medicine cabinet in the hallway bathroom. Officers placed the defendant under arrest and recovered $406 of United States currency and two cellular phones from him. A portion of the white rock-like substance field tested positive for cocaine base. The approximate weight of the suspected crack cocaine was in excess of 100 grams. This amount of crack cocaine along with the empty zips, plate with residue, and digital scale commonly indicates that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER DEVINCI WOODEN
MPD-NARCOTIC SPECIAL INVESTIGATIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MAY, 2008.

_____
U.S. MAGISTRATE JUDGE